UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>   Plaintiff,   )<br>   )<br>   v.   )<br>   )<br>DANIEL JOHN BOCK,   )<br>   )<br>   Defendant.   )<br>_____ ) | CASE NO. CR22-024 JCC<br><br>DETENTION ORDER |

<u>Offense charged</u>:     Providing Contraband in Prison

<u>Date of Detention Hearing</u>:    February 25, 2022.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.      Charged with the above-listed felony, defendant made his first appearance,

DETENTION ORDER
PAGE -1

waived indictment and entered a plea of guilty to the charged offense. Defendant is currently incarcerated at FDC SeaTac on supervised release violations in another matter and would not be released even if not detained in this matter. He is alleged to have absconded from supervision in another matter, and has a lengthy criminal record. He does not oppose entry of a detention order.

      2. Defendant poses a risk of nonappearance based on pending charges, a history of failure to appear, criminal activity and other noncompliance while on supervision, substance abuse history, and lack of employment. Defendant poses a risk of danger based on the nature of the instant offense, criminal associations, a pattern of similar criminal activity, other noncompliance while on supervision, and substance abuse history.

      3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending sentencing, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 25th day of February, 2022.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3