The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL JOHN BOCK, <br><br> Defendant. | NO. CR22-24JCC <br><br> [~~Proposed~~] ORDER GRANTING MOTION FOR RELEASE TO INPATIENT TREATMENT |

For the reasons set forth in the joint motion to release Defendant Daniel John Bock, the Court finds that the motion is supported by good cause and it is GRANTED.

The Court hereby orders that the Defendant shall be RELEASED from custody as set forth below. The Court further orders the issuance of an appearance bond with the standard conditions of release, and the following special conditions:

1. The defendant shall participate in and successfully complete inpatient treatment at a facility approved by Pretrial Services. Defendant must comply with facility rules and follow any aftercare recommendations as directed by Pretrial Services. The defendant shall not abort treatment without prior approval of Pretrial Services. The defendant is to remain in custody until arrangements can be made by the United States Probation Officer

Order to release to inpatient treatment - 1
*United States v. Bock* / CR22-24JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

for direct placement in an inpatient treatment facility.  Custody shall not exceed 14 days beyond the date of this order unless extended by the Court.

    2.  Upon completion of treatment, the defendant shall reside in and satisfactorily participate in a residential reentry center program, as a condition of supervised release for up to 120 days or until discharged by the Program Manager or U.S. Probation Officer. The defendant may be responsible for a 25% gross income subsistence fee.

    IT IS ORDERED

    DATED this 3rd day of May, 2024.

*[signature]*

HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Michael Dion*
MICHAEL DION
Assistant United States Attorney

Order to release to inpatient treatment - 2
*United States v. Bock* / CR22-24JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970